# Court of Appeals
# of the State of Georgia

ATLANTA, June 28, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1931.  CAROLYN TURLEY-MOORE v. ATLANTA INDEPENDENT SCHOOL SYSTEM.

Carolyn Turley-Moore was a teacher at Booker T. Washington high school. In 2017, the Atlanta Independent School System Board of Education terminated Turley-Moore's contract.  Turley-Moore appealed to the State Board of Education, which affirmed her termination.  She then appealed to the superior court, which also affirmed her termination.  Turley-Moore filed a notice of appeal from the superior court's decision.  We, however, lack jurisdiction.

An appeal from a decision of the superior court reviewing a decision of the State Board of Education must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (1); see also *Hogan v. Taylor County Bd. of Ed.*, 157 Ga. App. 680 (278 SE2d 106) (1981). Because Turley-Moore failed to follow the discretionary appeal procedure, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/28/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.